UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:24-CR-00176-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BRANDON JAMES WILLRIDGE (01) | MAGISTRATE JUDGE DAVID J. AYO |

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, BRANDON JAMES WILLRIDGE (01), is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1 of the Bill of Information, consistent with the report and recommendation.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, on this 23rd day of October, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE